UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ORLANDO CENTENO, | * | |
| | * | Civil Action No. |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| SERAMONTE ESTATES, LLC AND | * | |
| DETAIL MANAGEMENT LLC | * | JULY 17, 2020 |
| | * | |
| Defendants. | * | |

**<u>NOTICE OF REMOVAL OF ACTION FROM THE SUPERIOR COURT OF CONNECTICUT, JUDICIAL DISTRICT OF NEW HAVEN, TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT PURSUANT TO 28 U.S.C §§ 1441 and 1446</u>**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C §§ 1441 and 1446, the defendants, Seramonte Estates, LLC and Detail Management, LLC (hereinafter referred to as "the defendants") by and through their attorney, hereby remove the above-captioned case from the Superior Court of Connecticut, Judicial District of New Haven and in support of removal, states as follows:

1. This case is currently pending in the Superior Court of Connecticut, judicial district of New Haven under case number NNH-CV20-6105977-S. The territory assigned to the United States District Court for the District of Connecticut under 28 U.S.C. § 86 includes the County of New Haven, where the defendants are located.

2. Plaintiff's counsel confirmed, in writing on July 6, 2020, that the amount in controversy exceeds Seventy-Five Thousand ($75,000) Dollars, exclusive of interests and costs.

3. A copy of the Summons and Complaint was served on the defendants by on or about June 26, 2020. A copy of the Summons and Complaint is attached as Exhibit A pursuant to 28 U.S.C. § 1446(a).

4. The thirty (30) day period within which the defendants may petition this Court for removal under 28 U.S.C. § 1446(b) has not yet expired and, therefore, the Notice of Removal is filed within the time allowed by law.

5. By this action, the plaintiff who was allegedly injured through a fall on private property due to ice, asserts various claims of negligence against both defendants.

6. Upon information and belief, the plaintiff, Orlando Centeno, resides at 357 North Broadway, Apartment 1-P, Yonkers, New York 10701.

7. Upon information and belief, the defendant, Seramonte Estates, LLC, has its principal place of business located at 92 Prospect Street, Waterbury, Connecticut 06702.

8. Upon information and belief, the defendant, Detail Management LLC, has its principal place of business located at 267 Rawley Avenue, Waterbury, Connecticut 06706.

9. Upon information and belief, the defendants are domestic limited liability companies incorporated in Connecticut and not New York.

10. The Court has original (diversity) jurisdiction over this case pursuant to 28 U.S.C. § 1332(a) as the amount in controversy exceeds Seventy-Five Thousand ($75,000) Dollars, exclusive of interests and costs, and the plaintiff and defendants are citizens or entities of different states.

11. None of the defendants have previously sought to remove this action.

12. Counsel for the plaintiff has reserved their right to file an objection regarding removal to Federal Court.

13. After this Notice of Removal is filed, written notice of the filing of this Notice of Removal will immediately be given to all parties. Notice of this Removal will also be filed simultaneously in the Superior Court of Connecticut, Judicial District of New Haven.

WHEREFORE, the defendant, requests that this case be removed from the Connecticut Superior Court, Judicial District of New Haven to this Court.

Respectfully submitted,
FOR THE DEFENDANTS


By: _____/s/_____
Christopher J. Lisi (CT 28964)
Solimene & Secondo, LLP
1501 East Main Street, Suite 204
Meriden, Connecticut 06450
(203) 599-0140
lisi@ss-llp.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 17, 2020, a copy of the foregoing was served by electronic mail & regular mail to the following:

**Counsel for the Plaintiff, Orlando Centeno**
Attorney Shelby Murphy
Kennedy, Johnson, Schwab & Roberge, LLC
555 Long Wharf Drive, 13th Floor
New Haven, CT 065111
Email: smurphy@kennedyjohnson.com

                                                  /s/
                                          Christopher J. Lisi