| | | |
|---|---|---|
| **RETURN DATE: July 21, 2020** | : | **SUPERIOR COURT** |
| **ORLANDO CENTENO** | : | **J.D. OF NEW HAVEN** |
| **V.** | : | **AT NEW HAVEN** |
| **SERAMONTE ESTATES, LLC, ET AL** | : | **JUNE 22, 2020** |

<u>**COMPLAINT**</u>

<u>**FIRST COUNT:**</u>   *Orlando Centeno v. Seramonte Estates, LLC*

　　1.　　At all times mentioned herein, the plaintiff, ORLANDO CENTENO, was and is a resident of the City of Yonkers, County of Westchester, and State of New York.

　　2.　　At all times mentioned herein, the defendant, SERAMONTE ESTATES, LLC, was a domestic corporation duly organized and existing as a business entity under the laws of the State of Connecticut, with its principal place of business located at 92 Prospect Street, Waterbury, Connecticut.

　　3.　　On or about December 19, 2019, and for a sometime prior thereto, the defendant, SERAMONTE ESTATES, LLC, through its agents, servants, and/or employees, owned, maintained, possessed, controlled, and/or maintained the premises located at 74 Kaye Vue Drive, Town of Hamden, and State of Connecticut (hereinafter referred to as "the premises").

　　4.　　On or about December 19, 2019, and for some time prior thereto, there existed a dangerous, defective and/or unsafe condition at or in the parking lot of the premises,

*Kennedy, Johnson, Schwab & Roberge L.L.C.* • *ATTORNEYS AT LAW*
LONG WHARF MARITIME CENTER • 555 LONG WHARF DRIVE, 13th Floor • NEW HAVEN, CT 06511
FAX (203) 865-5345 • (203) 865-8430 • JURIS NO. 106077

consisting of an accumulation of snow and/or ice, which created a hazard to guests, patrons, and/or business invitees.

5. On December 19, 2019, at approximately 10:30 p.m., the plaintiff, ORLANDO CENTENO, was lawfully on the premises as a business invitee.

6. On December 19, 2019, at approximately 10:30 p.m., the plaintiff, ORLANDO CENTENO, was suddenly and without warning caused to slip and fall due to an accumulation of ice located in the parking lot of the premises, thereby causing the plaintiff to sustain the injuries, damages, and losses set forth herein.

7. At all times mentioned herein, said premises were owned, managed, controlled, possessed, and/or maintained, and possessed by the defendant, SERAMONTE ESTATES, LLC.

8. The plaintiff's injuries, damages, and losses were proximately caused by the carelessness and negligence of the defendant, SERAMONTE ESTATES, LLC, its agents, servants, and/or employees, in any one or more of the following ways:

    a. IN THAT they failed and neglected to maintain the premises in a reasonably safe condition by allowing a dangerous, defective, and unsafe condition to exist, namely an accumulation of ice;

    b. IN THAT they failed to keep and ensure the premises was safe for persons lawfully traversing on the same, such as the plaintiff;

    c. IN THAT they caused and/or allowed and permitted ice to accumulate on the parking lot although they knew or should have known of the dangerous and icy condition;

*Kennedy, Johnson, Schwab & Roberge L.L.C.* • ATTORNEYS AT LAW
LONG WHARF MARITIME CENTER • 555 LONG WHARF DRIVE, 13th Floor • NEW HAVEN, CT 06511
FAX (203) 865-5345 • (203) 865-8430 • JURIS NO. 106077

d.   IN THAT they failed to remove the ice and failed to apply sand and salt to the subject area or otherwise safeguard those lawfully using said loading ramp from injury;

e.   IN THAT they failed to warn the plaintiff of the dangerous and slippery condition, then and there existing;

f.   IN THAT they failed to make reasonable inspection of the parking lot in order to ascertain the dangerous condition then and there existing;

g.   IN THAT they failed to maintain the property so that ice and water would not accumulate;

h.   IN THAT they failed to adequately treat the ice on the parking lot with sand and/or salt;

i.   IN THAT the dangerous, defective and unsafe condition existed on the premises for such a length of time that the defendant should, in the exercise of reasonable care, have discovered the condition in time to remedy the same.

9.   As a direct result of the carelessness and negligence of the defendant, SERAMONTE ESTATES, LLC, its agents, servants, and/or employees, the plaintiff, ORLANDO CENTENO, sustained the following injuries and damages, and which injuries or the effects thereof are or may be permanent in nature;

a.   Abrasions to the left arm and posterior back;

b.   Back pain;

c.   Lower back pain radiating to bilateral lower extremities with numbness/weakness;

d.   Left shoulder pain and weakness;

3

e. Acute on chronic left shoulder injury with associated complete full thickness tear of the supraspinatus, requiring surgical repair, with associated edema and swelling;

f. Acute left wrist pain;

g. Acute left arm pain;

h. Left elbow contusion;

i. Tendinosis/tendinopathy of the left elbow;

j. Left wrist contusion with internal derangement and triangular fibrocartilage tear requiring surgical repair;

k. Exacerbation of preexisting injury and/or condition to the lumbar spine;

l. Exacerbation of preexisting injury and/or condition to the left shoulder;

m. Difficulty sleeping;

n. Physical and emotional pain and suffering.

10. As a further result of the carelessness and negligence of the defendant, SERAMONTE ESTATES, LLC, its agents, servants and/or employees, the plaintiff, ORLANDO CENTENO, incurred medical expenses for medical care and attention, diagnostic testing, surgery physical therapy, and medicines and may incur additional expenses for these items in the future.

11. As a further result of the carelessness and negligence of the defendant, SERAMONTE ESTATES, LLC, its agents, servants and/or employees, the plaintiff,

Kennedy, Johnson, Schwab & Roberge L.L.C. • ATTORNEYS AT LAW
LONG WHARF MARITIME CENTER • 555 LONG WHARF DRIVE, 13th Floor • NEW HAVEN, CT 06511
FAX (203) 865-5345 • (203) 865-8430 • JURIS NO. 106077

ORLANDO CENTENO, normal daily activities, and enjoyments of life have been impaired and may be so impaired in the future.

**SECOND COUNT**:  *Orlando Centeno v. Detail Management LLC*

1.      At all times mentioned herein, the plaintiff, ORLANDO CENTENO, was and is a resident of the City of Yonkers, County of Westchester, and State of New York.

2.      At all times mentioned herein, the defendant, DETAIL MANAGEMENT, LLC, was a domestic corporation duly organized and existing as a business entity under the laws of the State of Connecticut, with its principal place of business located at 267 Rawley Avenue, Waterbury, Connecticut.

3.      On or about December 19, 2019, and for a sometime prior thereto, the defendant, DETAIL MANAGEMENT, LLC, through its agents, servants, and/or employees, owned, managed, possessed, controlled, and/or were responsible for the care and maintenance of the premises located at 74 Kaye Vue Drive, Town of Hamden, and State of Connecticut (hereinafter referred to as "the premises").

4.      On or about December 19, 2019, and for some time prior thereto, there existed a dangerous, defective and/or unsafe condition at or in the parking lot of the premises, consisting of an accumulation of snow and/or ice, which created a hazard to guests, patrons, and/or business invitees.

5.      On December 19, 2019, at approximately 10:30 p.m., the plaintiff, ORLANDO CENTENO, was lawfully on the premises as a business invitee.

5

6.    On December 19, 2019, at approximately 10:30 p.m., the plaintiff, ORLANDO CENTENO, was suddenly and without warning caused to slip and fall due to an accumulation of ice located in the parking lot of the premises, thereby causing the plaintiff to sustain the injuries, damages, and losses set forth herein.

7.    At all times mentioned herein, said premises were owned, managed, controlled, possessed, and/or maintained by the defendant, DETAIL MANAGEMENT, LLC.

8.    The plaintiff's injuries, damages, and losses were proximately caused by the carelessness and negligence of the defendant, DETAIL MANAGEMENT, LLC, its agents, servants, and/or employees, in any one or more of the following ways:

a.    IN THAT they failed and neglected to maintain the premises in a reasonably safe condition by allowing a dangerous, defective, and unsafe condition to exist, namely an accumulation of ice;

b.    IN THAT they failed to keep and ensure the premises was safe for persons lawfully traversing on the same, such as the plaintiff;

c.    IN THAT they caused and/or allowed and permitted ice to accumulate on the parking lot although they knew or should have known of the dangerous and icy condition;

d.    IN THAT they failed to remove the ice and failed to apply sand and salt to the subject area or otherwise safeguard those lawfully using said loading ramp from injury;

e.    IN THAT they failed to warn the plaintiff of the dangerous and slippery condition, then and there existing;

f.    IN THAT they failed to make reasonable inspection of the parking lot in order to ascertain the dangerous condition then and there existing;

*Kennedy, Johnson, Schwab & Roberge L.L.C.* • ATTORNEYS AT LAW
LONG WHARF MARITIME CENTER • 555 LONG WHARF DRIVE, 13th Floor • NEW HAVEN, CT 06511
FAX (203) 865-5345 • (203) 865-8430 • JURIS NO. 106077

g. IN THAT they failed to maintain the property so that ice and water would not accumulate;

h. IN THAT they failed to adequately treat the ice on the parking lot with sand and/or salt;

i. IN THAT the dangerous, defective and unsafe condition existed on the premises for such a length of time that the defendant should, in the exercise of reasonable care, have discovered the condition in time to remedy the same.

9. As a direct result of the carelessness and negligence of the defendant, DETAIL MANAGEMENT, LLC, its agents, servants, and/or employees, the plaintiff, ORLANDO CENTENO, sustained the following injuries and damages, and which injuries or the effects thereof are or may be permanent in nature;

a. Abrasions to the left arm and posterior back;

b. Back pain;

c. Lower back pain radiating to bilateral lower extremities with numbness/weakness;

d. Left shoulder pain and weakness;

e. Acute on chronic left shoulder injury with associated complete full thickness tear of the supraspinatus, requiring surgical repair, with associated edema and swelling;

f. Acute left wrist pain;

g. Acute left arm pain;

h. Left elbow contusion;

i. Tendinosis/tendinopathy of the left elbow;

7

j.  Left wrist contusion with internal derangement and triangular fibrocartilage tear requiring surgical repair;

k.  Exacerbation of preexisting injury and/or condition to the lumbar spine;

l.  Exacerbation of preexisting injury and/or condition to the left shoulder;

m.  Difficulty sleeping;

n.  Physical and emotional pain and suffering.

10.     As a further result of the carelessness and negligence of the defendant, DETAIL MANAGEMENT, LLC, its agents, servants and/or employees, the plaintiff, ORLANDO CENTENO, incurred medical expenses for medical care and attention, diagnostic testing, surgery physical therapy, and medicines and may incur additional expenses for these items in the future.

11.     As a further result of the carelessness and negligence of the defendant, DETAIL MANAGEMENT, LLC, its agents, servants and/or employees, the plaintiff, ORLANDO CENTENO, normal daily activities, and enjoyments of life have been impaired and may be so impaired in the future.

**WHEREFORE**, the plaintiff, ORLANDO CENTENO, claims as to all counts:

1.  Monetary damages.

Dated at New Haven, Connecticut this 22nd day of June, 2020.

8

THE PLAINTIFF

BY: _____
Shelby L. Murphy, Esq.
Kennedy, Johnson, Schwab & Roberge, LLC
555 Long Wharf Drive, 13th Floor
New Haven, CT 06511
Juris No. 106077
Tel. (203) 865-8430

*Kennedy, Johnson, Schwab & Roberge L.L.C.* • ATTORNEYS AT LAW
LONG WHARF MARITIME CENTER • 555 LONG WHARF DRIVE, 13th Floor • NEW HAVEN, CT 06511
FAX (203) 865-5345 • (203) 865-8430 • JURIS NO. 106077

RETURN DATE: July 21, 2020          :          SUPERIOR COURT

ORLANDO CENTENO                     :          J.D. OF NEW HAVEN

V.                                  :          AT NEW HAVEN

SERAMONTE ESTATES, LLC, ET AL  :          JUNE 22, 2020

### STATEMENT OF AMOUNT IN DEMAND

The Plaintiff claims compensatory damages with the jurisdiction of this court in excess of FIFTEEN THOUSAND DOLLARS ($15,000.00).

THE PLAINTIFF

BY: _____

Shelby L. Murphy, Esq.
Kennedy, Johnson, Schwab & Roberge, LLC
555 Long Wharf Drive, 13th Floor
New Haven, CT 06511
Juris No. 106077
Tel. (203) 865-8430

*Kennedy, Johnson, Schwab & Roberge L.L.C.* • ATTORNEYS AT LAW
LONG WHARF MARITIME CENTER • 555 LONG WHARF DRIVE, 13th Floor • NEW HAVEN, CT 06511
FAX (203) 865-5345 • (203) 865-8430 • JURIS NO. 106077